I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 1/14/10

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
JAN 14 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO GONZALEZ, | Case No. EDCV 09-2289-JFW (RNB) |
| Petitioner, | |
| vs. | JUDGMENT |
| JAMES D. HARTLEY, Warden, | |
| Respondent. | |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

Dated: 1/13/10

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 14 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

1